UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEWART McCRAY, )<br>)<br>Plaintiff, )<br>)     CIVIL ACTION NO.<br>VS. )<br>)     3:12-CV-0169-G (BD)<br>HOWARD MARC SPECTOR, in his )<br>official capacity as Receiver, )<br>)<br>Defendant. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge dated June 13, 2012, the court finds that the findings and recommendation of the magistrate judge are correct and they are accepted as the findings and recommendation of the court.

It is, therefore, **ORDERED** that the findings and recommendation of the United States Magistrate Judge are accepted.

It is further **ORDERED** that defendant's motion for attorney's fees (docket entry 28) is **DENIED**.

July 9, 2012.

*A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**